IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11CR03 (Judge Schell) |
| ARTURO CAVAZOS-DELUNA (2) | § | |

## NOTICE OF PLEA AGREEMENT

TO THE HONORABLE RICHARD SCHELL, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW the United States of America, through the undersigned Assistant United States Attorney, and files this NOTICE OF PLEA AGREEMENT in the above entitled case, and in support thereof would show this court the defendant, ARTURO CAVAZOS-DELUNA, his counsel of record, FRANK PEREZ and the United States reached a written plea agreement in the above entitled matter. Accordingly, the parties respectfully request that the court schedule a hearing for a change of plea.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/
HEATHER RATTAN
Assistant United States Attorney

NOTICE OF PLEA AGREEMENT  1

Certificate of Service

  I hereby certify a true and correct copy of the foregoing was served by electronic filing by CM/ECF to FRANK PEREZ on this the 6th day of February, 2012.

                /s/
                Heather Rattan